### CITIZENS' NAT. BANK OF CHARLESTON v. MELTON, Ex-Sheriff.

### KANAWHA NAT. BANK v. SAME.

(Circuit Court, S. D. West Virginia. July 14, 1909.)

In Equity.                    Nos. 390, 391.

S. S. Green and Mollohan, McClintic & Mathews, for plaintiffs.
W. G. Conley, Atty. Gen., W. M. O. Dawson, T. C. Townsend, Frank Lively, and W. R. Byrne, for defendant.

KELLER, District Judge. The bills in these cases are, in all respects, similar to that in the case of Charleston National Bank v. J. J. Melton, Ex-Sheriff, 171 Fed. 743, and, for the reasons assigned in that case, the same form of order will be entered in these cases as has been directed in that.